## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,**

CASE NO: **1:15–CV–00582–JAM–EPG**

v.

**BUHLER BARTH GMBH, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/30/2015**

        **Marianne Matherly**
        Clerk of Court

ENTERED: **October 30, 2015**

        by: /s/ H. Kaminski
        Deputy Clerk